AO 91 (Rev. 01/09) Criminal Complaint

U.S. DISTRICT COURT - N.D. OF N.Y.

**FILED**

OCT 27 2013

AT_____ O'CLOCK___
Lawrence K. Baerman, Clerk - Plattsburgh

# UNITED STATES DISTRICT COURT
### for the
### NORTHERN   District of   NEW YORK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 8:13-m-522 (LAK) |
| | ) |
| Guerrier CANTAVE | ) |
| *Defendants* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date   October 26, 2013   in the county of   Clinton   in the   Northern   District of

New York   , the defendants violated   8   U. S. C. §   1324 (a)(1)(B)(ii)   an offense described as follows:

Guerrier CANTAVE, knowing and in reckless disregard of the fact that an alien, Noelcy VALENTIN,  had come to, entered, and remained in the United States in violation of law, did transport and move such alien within the United States by means of transportation and otherwise, in furtherance of such violation of law.

This criminal complaint is based on these facts:
On October 26, 2013, at approximately 0045 hours, Swanton Sector Dispatch notified Champlain United States Border Patrol (USBP) agents of a subject walking southbound on Meridian Road in Champlain, New York.  Meridian Road runs north and south and terminates at the Canadian border.  The road is not a designated port of entry and is secured only by a small gate.  USBP agents responded and encountered Noelcy VALENTIN, a citizen of Haiti, on Meridian Road walking southbound from the border.  VALENTIN was not in possession of any documents that would authorize him to enter or remain in the United States.  While interviewing VALENTIN, USBP agents observed a vehicle with Quebec license plates driving at a slow rate of speed and turn onto Meridian Road.  USBP agents stopped the vehicle and identified the driver as Guerrier CANTAVE.

USBP agents transported both individuals to the Border Patrol station in Champlain, New York.  At the station, agents conducted records checks and confirmed that VALENTIN is a citizen of Haiti and does not have permission to enter or remain in the United States.  Agents advised VALENTIN of his *Miranda* rights, which he waived and agreed to an interview.  During the interview, VALENTIN stated that he had entered the United States illegally.

USBP agents also advised CANTAVE of his *Miranda* rights, which he waived and agreed to an interview.  During the interview, CANTAVE stated that he was in the area to pick up VALENTIN.  CANTAVE knew that VALENTIN was not authorized to enter the United States.  CANTAVE stated that he intended to transport VALENTIN to Boston, Massachusetts.

_____
*Complainant's signature*

Kevin Dubuque, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   October 27, 2013

_____
*Judge's signature*

City and state:   Plattsburgh, NY

Larry A. Kudrle, U.S. Magistrate Judge, N.D.N.Y.
*Printed name and title*