# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF NEW YORK

## ORDER APPOINTING THE OFFICE OF THE FEDERAL PUBLIC DEFENDER

---

United States of America

v.

Guerrier Cantave,

Defendant

Docket #8:13-M-522LAK

---

Because the above-named person has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require;

It is hereby **ORDERED** that:

The Office of the Federal Public Defender for the Northern District of New York is assigned representation of the above-named defendant and shall file a notice of appearance with the Clerk of Court.

Dated this 27th day of October 2013
at Plattsburgh, New York

_____
Larry A. Kudrle
U.S. Magistrate Judge, N.D.N.Y.