U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JAN 30 2014

LAWRENCE K. BAERMAN, CLERK
ALBANY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 8:14-CR-41 (DNH) |
| | ) | |
| v. | ) | **Indictment** |
| | ) | |
| | ) | Violation: 8 U.S.C. § 1324(a)(1)(A)(ii) [Attempted Transportation of Alien] |
| **GUERRIER CANTAVE,** | ) | |
| | ) | 1 Count |
| Defendant. | ) | County of Offense: Clinton |

**THE GRAND JURY CHARGES:**

**COUNT 1**
[Attempted Transportation of Alien]

On or about October 26, 2013, in Clinton County in the Northern District of New York, the defendant, **GUERRIER CANTAVE**, knowing and in reckless disregard of the fact that an alien, believed to be named N.V., had come to, entered, and remained in the United States in violation of law, did attempt to transport and move said alien within the United States by means of transportation, in furtherance of such violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (a)(1)(B)(ii).

Dated: 1/30/14

A TRUE BILL, **name redacted

_____
Grand Jury Foreperson

RICHARD S. HARTUNIAN
United States Attorney

By: _____
Wayne A. Myers
Assistant United States Attorney
Bar Roll No. 517962