UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

United States of America

    v.

Guerrier Cantave,

           Defendant

Criminal No. 8:14-CR-41(DNH)

## WAIVER OF APPEARANCE/ARRAIGNMENT

In accordance with Fed. R. Crim. P. 10(b), the above-named defendant hereby states that (1) the defendant has received a copy of the above-numbered indictment; (2) the defendant understands the right to appear in person at the arraignment and hereby waives that right; and (3) the defendant pleads not guilty to all charges in this case.

DATED: 2014-02-03

           Defendant - Guerrier Cantave

DATED: 2014-02-04

           Defense Counsel - Daniel DeMaria

Based on the foregoing, it is hereby ORDERED that (1) the defendant's waiver of appearance at arraignment is APPROVED; (2) the defendant is arraigned and the plea of not guilty to all charges is ACCEPTED and deemed entered as of the date of this Order; and (3) a scheduling order shall be entered forthwith setting forth the schedule for the progression of the case.

DATED: February 20, 2014
Plattsburgh, New York

           Larry A. Kudrle, U.S. Magistrate Judge