UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

UNITED STATES OF AMERICA,

                        vs.

GUERRIER CANTAVE

No. 8:2014-CR-41(DNH)

NOTICE OF MOTION

-----------------------------------------------------------x

      PLEASE TAKE NOTICE that upon the annexed declaration of Daniel DeMaria, Esq. dated April 4th, 2014, and the annexed Memorandum of Law and exhibits attached thereto, the undersigned, on behalf of Mr. Guerrier Cantave will move in the United States District Court in the Northern District of New York, located at 10 Broad Street, Utica, New York 13501, in the Courtroom of The Honorable David N. Hurd, on April 25th, 2014, at 2:00 o'clock in the afternoon or as soon thereafter as the parties may be heard, for the following relief:

1. An order suppressing any and all physical evidence seized from Mr. Cantave;

2. An order suppressing any post-arrest statements made by Mr. Cantave to any law enforcement agent involved in his arrested and subsequent detention;

3. An order directing the U.S. Marshal Service to provide the Defendant with transportation from Montreal, Quebec (or Champlain, New York), to Utica, New York, for trial, and in addition, to provide any other means of subsistence that the Defendant may be entitled to; and

4. Such further and further relief as this Court may deem proper and just.

Dated:      White Plains, New York
              April 4th, 2014

                                        _____/s_____
                                          Daniel DeMaria, Esq. (518452)

                                          203 East Post Road
                                          White Plains, New York 10601
                                          Tel: 845-704-7777
                                          Fax: 877-607-5419
                                          ddemaria@nyslitigators.com