

### MERCHANT
### LAW GROUP LLP

203 EAST POST ROAD, WHITE PLAINS, NEW YORK 10601   TELEPHONE 845-704-7777   FACSIMILE 877-607-5419
NEW YORK • VANCOUVER • VICTORIA • CALGARY • EDMONTON • REGINA • SASKATOON • TORONTO • MONTREAL

**VIA CM/ECF**

August 26th, 2014

      Re:   United States v. Guerrier Cantave
            14-CR-41 (DNH)

The Honorable David N. Hurd
U.S. District Court Northern District of New York
10 Broad Street
Utica, NY 13501

Dear Judge Hurd:

We write to request permission to withdraw as attorneys for the Defendant, Guerrier Cantave, due to a breakdown in the attorney-client relationship as set forth below.

We were retained to represent Mr. Cantave in November 2013, while Mr. Cantave was incarcerated by Immigration and Customs Enforcement at the Federal Detention Center in Batavia after he was released on bail in the Northern District of New York. Since that time, the undersigned has spent countless hours reviewing discovery, attempting to negotiate a plea bargain for Mr. Cantave, securing a suppression hearing for Mr. Cantave, and preparing for said suppression hearing. During most of this time we were in constant contact with Mr. Cantave, and the undersigned even traveled to Montreal to meet with Mr. Cantave to review the discovery.

Despite all of our efforts, we have reason to believe that Mr. Cantave may not be attending the upcoming (and yet to be scheduled) status conference, or trial. In these circumstances, we would ask the Court to permit us to withdraw either now, or at the status conference should Mr. Cantave not attend.

We note that we advised Mr. Cantave of our intention to withdraw on August 21st, 2014, and this letter along with the enclosed French version, are being sent to Mr. Cantave.

    Respectfully,

    Merchant Law Group LLP

By: _____
      Daniel DeMaria

Page 2 of 2

cc: Wayne Myers, Esq. (via CM/ECF)
Assistant United States Attorney

Guerrier Cantave
███████████
Montreal, Quebec
H1Z 4G6



203 EAST POST ROAD, WHITE PLAINS, NEW YORK 10601   TELEPHONE 845-704-7777   FACSIMILE 877-607-5419
NEW YORK • VANCOUVER • VICTORIA • CALGARY • EDMONTON • REGINA • SASKATOON • TORONTO • MONTREAL

**VIA CM/ECF**

August 26th, 2014

      Re:   United States v. Guerrier Cantave
            14-CR-41 (DNH)

The Honorable David N. Hurd
U.S. District Court Northern District of New York
10 Broad Street
Utica, NY 13501

Monsieur le Juge,

Nous venons par la présente vous demander l'autorisation de nous retirer en tant que conseiller juridique de l'accusé, Guerrier Cantave, en raison de la rupture de la relation avocat-client, comme indiqué ci-dessous.

Nos services ont été retenus par M. Cantave pour le représenter en novembre 2013, alors que M. Cantave était incarcéré par le Bureau de l'Immigration et du Contrôle des Douanes au Centre de détention fédéral de Batavia après avoir été libéré sous caution dans le district nord de New York. Depuis ce temps-là, le soussigné a passé un nombre incalculable d'heures à examiner la communication des pièces du dossier, tenter de négocier pour réduire l'inculpation de M. Cantave, obtenir l'annulation de l'audience visant à supprimer les éléments de preuve pour M. Cantave, et préparer pour ladite audience. Pendant la majeure partie de ce temps, nous étions en contact permanent avec M. Cantave, et le soussigné s'est même rendu à Montréal pour rencontrer M. Cantave et revoir les pièces de son dossier.

Malgré tous nos efforts, il y a lieu de croire que M. Cantave pourrait ne pas assister ni à la prochaine conférence (qui reste encore à être fixée) visant à décider de l'état du dossier, ni au procès. Vu l'état des choses, nous demandons à la Cour de nous autoriser à nous retirer, soit maintenant soit à ladite conférence si M. Cantave manquerait d'y assister.

Il convient de remarquer que nous avons informé M. Cantave de notre intention de nous retirer le 21 août 2014, et la présente lettre ainsi que la version française ci-jointe seront envoyées à M. Cantave.

Respectueusement,

    Merchant Law Group LLP


    Par:_____
           Daniel DeMaria

Page 2 of 2

cc: Wayne Myers, Esq. (via CM/ECF)
Assistant United States Attorney

Guerrier Cantave
███████████

Montreal, Quebec
H1Z 4G6